Paul T. Trimmer
Nevada State Bar No. 9291
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
paul.trimmer@jacksonlewis.com
hilary.williams@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Family Dollar, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA SEIGLER and BRITTANY VASQUEZ,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FAMILY DOLLAR, INC.,<br><br>　　　　　Defendant. | Case No. 3:21-cv-00305-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant Family Dollar, Inc. ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiffs Melissa Seigler and Brittany Vasquez ("Plaintiffs") by and through his counsel, Law Office of Mark Mausert, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiffs' Complaint. The Parties stipulate that Defendant shall respond to Plaintiffs' Complaint on or before September 3, 2021.

///
///
///
///
///
///
///

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 19th day of August, 2021.

| LAW OFFICE OF MARK MAUSERT | JACKSON LEWIS P.C. |
|---|---|
| /s/ Mark Mausert<br>Mark Mausert, Bar No. 2398<br>729 Evans Avenue<br>Reno, Nevada 89512<br>Tel: (775) 786-5477<br><br>*Attorney for Plaintiff Timothy Dickens* | /s/ Paul T. Trimmer<br>Paul T. Trimmer, Bar No. 9291<br>Hilary A. Williams, Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Tel: (702) 921-2460<br><br>*Attorneys for Defendant Family Dollar, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

Dated: August 20, 2021

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE