Paul T. Trimmer
Nevada State Bar No. 9291
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
paul.trimmer@jacksonlewis.com
hilary.williams@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Family Dollar, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA SEIGLER and BRITTANY VASQUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FAMILY DOLLAR, INC.,<br><br>Defendant. | Case No. 3:21-cv-00305-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT**<br><br>**(Second Request)** |

Defendant Family Dollar, Inc. ("Defendant") by and through its counsel, Jackson Lewis P.C., and Plaintiffs Melissa Seigler and Brittany Vasquez ("Plaintiffs") by and through their counsel, Law Office of Mark Mausert, hereby stipulate and agree to extend the time for Defendant to file an answer or otherwise respond to Plaintiffs' Complaint. The Parties are evaluating whether to pursue alternative dispute resolution and need additional time to explore such options. Thus, the Parties stipulate that the Defendant's deadline to respond to Plaintiffs' Complaint should be extended up to and including September 17, 2021.

///

///

///

///

///

This is the Parties' second request for an extension. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 7th day of September, 2021.

| LAW OFFICE OF MARK MAUSERT | JACKSON LEWIS P.C. |
|---|---|
| */s/ Mark Mausert* <br> Mark Mausert, Bar No. 2398 <br> 729 Evans Avenue <br> Reno, Nevada 89512 <br> Tel: (775) 786-5477 | */s/ Paul T. Trimmer* <br> Paul T. Trimmer, Bar No. 9291 <br> Hilary A. Williams, Bar No. 14645 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br> Tel: (702) 921-2460 |
| *Attorney for Plaintiffs Melissa Seigler and Brittany Vasquez* | *Attorneys for Defendant Family Dollar, Inc.* |

**ORDER**

**IT IS SO ORDERED:**

Dated: September 8, 2021

*William G. Cobb*
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE