**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA SEIGLER and BRITTANY VASQUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>FAMILY DOLLAR, INC.,<br><br>Defendant. | Case No. 3:21-cv-00305-LRH-WGC<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION AND STAY ACTION PENDING ARBITRATION** |

Plaintiffs Melissa Seigler and Brittany Vasquez ("Plaintiffs"), by and through their counsel, Law Office of Mark Mausert and Defendant Family Dollar, Inc. ("Defendant") by and through its counsel, Jackson Lewis P.C., hereby stipulate and agree as follows:

WHEREAS, Plaintiffs entered into arbitration agreements with Defendant, purportedly requiring Plaintiffs and Defendant to submit to final and binding arbitration any and all claims and disputes that are related in any way to Plaintiffs' employment or the termination of their employment with Defendant (hereinafter, the "Arbitration Agreements");

WHEREAS, on July 19, 2021, Plaintiffs filed a complaint in the United States District Court in the District of Nevada entitled *Melissa Seigler and Brittany Vasquez v. Family Dollar, Inc.*, Case No. 3:21-cv-00305-LRH-WGC, alleging claims for sexual harassment and retaliation (the "Action");

WHEREAS, the claims alleged against Defendant purportedly fall within the scope of the Arbitration Agreements are purportedly subject to their terms.

1  IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant and ORDERED as follows:

1. The Action, in its entirety, shall be submitted to binding arbitrations pursuant to the terms of the Arbitration Agreements;

2. Plaintiff Melissa Seigler and Plaintiff Brittany Vasquez shall initiate separate arbitrations against Defendant with JAMS;

3. All proceedings in this Action shall be stayed and this Court shall retain jurisdiction over this Action pending the conclusion of the arbitrations.

| LAW OFFICE OF MARK MAUSERT | JACKSON LEWIS P.C. |
|---|---|
| */s/   Mark Mausert* | */s/ Hilary A. Williams* |
| Mark Mausert, Bar No. 2398<br>729 Evans Avenue<br>Reno, Nevada 89512<br>Tel: (775) 786-5477 | Paul T. Trimmer, Bar No. 9291<br>Hilary A. Williams, Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Tel: (702) 921-2460 |
| *Attorney for Plaintiffs Melissa Seigler and Brittany Vasquez* | *Attorneys for Defendant Family Dollar, Inc.* |

IT IS SO ORDERED.

_____
LARRY R. HICKS
United States District Judge

DATED: September 20, 2021